644 A.2d 579

IN THE MATTER OF MICHAEL R. IMBRIANI, AN ATTORNEY AT LAW.

June 30, 1994.

## ORDER

**MICHAEL R. IMBRIANI** of **SOMERVILLE,** who was admitted to the bar of this State in 1957, having pleaded guilty to a single count of theft by failure to make required disposition of funds received, in violation of *N.J.S.A.* 2C:20–9, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–6(b)(1), **MICHAEL R. IMBRIANI** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **MICHAEL R. IMBRIANI** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **MICHAEL R. IMBRIANI** comply with Administrative Guideline No. 23 of the Office of Attorney Ethics dealing with suspended attorneys.